RICHARD DEEVES AND SON, Respondent, *v.* THE MANHATTAN LIFE INSURANCE COMPANY, Appellant.

(Submitted May 31, 1909; decided June 8, 1909.)

Motion for re-argument denied, with ten dollars costs.   (See 195 N. Y. 324.)

---

MOSES MAY, Respondent, *v.* JEAN I. CHARLOUIS et al., Appellants.

*May* v. *Charlouis*, 128 App. Div. 127, affirmed.
(Argued May 31, 1909; decided June 15, 1909.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 16, 1908, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the complaint in an action on contract.

The following question was certified: " Does the amended complaint herein state facts sufficient to constitute a cause of action ? "

*Archibald R. Watson* and *Raymond D. Thurber* for appellants.

*Ira Leo Bamberger* and *Sidney Lowenthal* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative ; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.